[No. 67919-8-I.   Division One.   March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD LOREN GRABNER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-01659-0, Linda C. Krese, J., entered November 1, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Verellen, JJ.

[No. 67947-3-I.   Division One.   March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH MACDONALD VAUX, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-02444-8, Richard D. Eadie, J., entered November 16, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Lau, J.

[No. 67964-3-I.   Division One.   March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ACCIE BRIGGS IV, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-01504-6, Linda C. Krese, J., entered October 27, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Leach, C.J., and Cox, J.

[No. 68019-6-I.   Division One.   March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JERDALE NECOY JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-02502-7, Regina S. Cahan, J., entered November 18, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Lau, JJ.